IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                                                    CR 25-5048 KG

SAMANTHA LEE,

      Defendant.


## ORDER REVOKING CONDITIONS OF PRETRIAL RELEASE

THIS MATTER is before the Court for hearing, the Court having found that the Defendant violated her conditions of release, and the Court being fully advised in the premises;

IT IS THEREFORE ORDERED that the conditions of release previously imposed are hereby REVOKED; and that the Defendant SAMANTHA LEE, be remanded to the custody of the U.S. Marshal pending trial in this matter.


_____
JENNIFER M. ROZZONI
UNITED STATES MAGISTRATE JUDGE